STEVEN K. EISENBERG, ESQUIRE (75736)
M. TROY FREEDMAN, ESQUIRE (85165)
LESLIE J. RASE, ESQUIRE (58365)
CHRISTINA C. VIOLA, ESQUIRE (308909)
ANDREW J. MARLEY, ESQUIRE (312314)
STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
WARRINGTON, PENNSYLVANIA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Lynn Denise Wright<br>          Debtor(s)<br>-------------------------------------------<br>Deutsche Bank National Trust Company, as<br>Trustee for GSAMP Trust 2005-WMC1, by its<br>servicer, Ocwen Loan Servicing, LLC<br>          (Creditor/Objector)<br>v.<br>Lynn Denise Wright<br>          Debtor(s)/Respondent(s) | Chapter 13<br><br><br>Bankruptcy Case:  13-18206 |

***Objection of Deutsche Bank National Trust Company, by its servicer, Ocwen Loan Servicing, LLC
to Debtor(s)' Chapter 13 Plan With Respect to treatment of Creditor's Claim in the following
Property:  18 Oak Street , Phoenixville, PA 19460 (the "Property")***

Deutsche Bank National Trust Company, by its servicer, Ocwen Loan Servicing, LLC, through
its Counsel, Stern & Eisenberg PC, respectfully requests the Court deny confirmation of the most
recent Plan filed by Debtor(s) and in support thereof respectfully represents as follows:

1. On 06/24/2005, Debtor(s) signed a note and mortgage in the principal sum of $171,000.00,
   evidencing a loan from WMC Mortgage Corporation in the same amount, secured by the
   Property, as evidenced by a mortgage duly recorded at the Recorder of Deeds for Chester
   County on 07/06/2005 in Book # 6538 Page # 2111 Instrument # 10549107.

2. By assignment of mortgage, the mortgage was ultimately assigned to Deutsche Bank
   National Trust Company, as Trustee for GSAMP Trust 2005-WMC1.

3. Debtor filed the instant Chapter 13 Bankruptcy on 09/19/2013 and as a result, any State
   Court proceedings were stayed.

4. Deutsche Bank National Trust Company, by its servicer, Ocwen Loan Servicing, LLC
   objects to the Chapter 13 Plan for the following reasons:

   a.    The plan is infeasible in that the plan is:
         i.    Underfunded and does not provide sufficient funds to pay the claims

    ii.  Does not provide for sufficient funds to Creditor in order to cure the pre-petition arrears due to Creditor in the amount of $41,783.75. (which is the approximate amount subject to the actual amount stated in the final filed Proof of Claim)

5.  Further, the Debtor's Schedule D indicates a valuation of the property in the amount of $161,061.00, with Movant's first lien against the property in the amount of $183,233.85. Accordingly, there is no equity in the Property and the property is not necessary for an effective reorganization.  A copy of Debtor's Schedule D is attached as Exhibit "A" and incorporated herein by reference.

6.  By proposing to pay the Creditor as proposed, the Plan violates the standards of 11 USC 1325(a)(5)(B)(i) and (ii) because it pays the Creditor less than the allowed amount of such claim.

7.  The Objections are made in accordance with the Rules of Bankruptcy Procedure.

WHEREFORE, Creditor, Deutsche Bank National Trust Company, by its servicer, Ocwen Loan Servicing, LLC respectfully requests this Court deny confirmation of the Chapter 13 Plan and Dismiss the instant Bankruptcy together with such other relief this Court deems necessary and appropriate.

Respectfully submitted,

STERN & EISENBERG PC

BY:   /s/Leslie J. Rase, Esquire_____
       ☐  STEVEN K. EISENBERG, ESQUIRE
       ☐  M. TROY FREEDMAN, ESQUIRE
       ☐  LESLIE J. RASE, ESQUIRE
       LRase@sterneisenberg.com
       Stern & Eisenberg, PC
       1581 Main Street, Suite 200
       Warrington, Pennsylvania 18976
       (215) 572-8111
       Fax:  (215) 572-5025
       Counsel for Movant